IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALVIN LAMAR JOBE as parent and natural guardian
of Grayson Morris Jobe, a minor                                                          PLAINTIFF

v.                                                   Civil Action No. 3:13-cv-00799-HTW-LRA

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
and NATIONAL FEDERATION OF STATE
HIGH SCHOOL ASSOCIATIONS                                                          DEFENDANTS

ORDER

Before the court is the Motion of the Defendant National Collegiate Athletic Association (NCAA) [docket no. 14] and the Motion of the Defendant National Federation of State High School Associations (NFHS) [docket no. 16] for dismissal of this case for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court has considered all of the submissions of the parties and is persuaded to grant Defendants' motions. The Court conducted a telephonic conference on September 20, 2016, wherein the Court announced its conclusions and the reasons therefor. For the reasons stated therein, the motions of the Defendants **[docket no. 14]** and **[docket no. 16]** to dismiss this case pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure are **granted**. As a part of this Order, the Court adopts the content of the statement read to the parties via telephone on September 20, 2016, as transcribed by the court reporter.

**This case is hereby dismissed and the Clerk is instructed to close this case.**

SO ORDERED AND ADJUDGED this the 20th day of September, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE